| STATE OF LOUISIANA | * | NO. 2019-K-0837 |
| VERSUS | * | COURT OF APPEAL |
| IRVIN COMPASS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**BELSOME, J., DISSENTS**

I would deny the writ application.